*In re* Langloss.

---

No. 18,897.

*In re* R. J. LANGLOSS.

Appeal from Washington district court; JOHN C. HOGIN, judge. Opinion filed April 10, 1915. Dismissed.

*John F. Hanson,* of Lindsborg, for R. J. Langloss.

*S. N. Hawkes,* assistant attorney-general, *S. H. Hamilton,* of Clifton, and *A. J. Freeborn,* of Washington, for the state.

*Per Curiam:* It appearing that no one has been authorized to prosecute an appeal from the judgment rendered in this action, and further that the party against whom the judgment was rendered does not desire to prosecute the appeal that was taken, it will be dismissed.